**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS ALBERTO RODRIGUEZ TORRES,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1136-KC** |
| **MARKWAYNE MULLIN et al.,** | § § § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On April 30, 2026, the Court granted in part Rodriguez Torres' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by May 7.  Apr. 30, 2026, Order 3, ECF No. 4.  By the same date, Respondents were to file notice of their compliance.  *Id.*

Now, Respondents state that that an immigration judge held a hearing on May 4, 2026, and denied Rodriguez Torres bond based on danger and flight risk.  Notice, ECF No. 5. However, in support, Respondents attach an IJ's order dated March 4, 2026, where the IJ took "no action."  *See id.* Ex. A ("IJ Order"), ECF No. 5-1.  Thus, it appears that Respondents either attached the incorrect IJ order or made a misrepresentation to the Court.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** an advisory stating whether they have complied with the Court's April 30 Order in Rodriguez Torres's case and attach proper documentation in support, **by no later than May 12, 2026**.

**SO ORDERED**.

**SIGNED this 8th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE